UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN T. ESPINOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:07-CV-0526-G |
| INTERNAL REVENUE SERVICE, ) | |
| ET AL., ) | **ECF** |
| ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

June 26, 2007.

A. JOE FISH
CHIEF JUDGE